NYC LAW DEPARTMENT    Fax:212-788-9776    Oct 20 2005 18:01    P.02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHANE HODGES,

                Plaintiff,

      -against-                              **STIPULATION OF**
                                              **DISCONTINUANCE**

THE CITY OF NEW YORK, et al.,                 04 CV 2264

                Defendants.
-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties that this action be, and the same is hereby discontinued with prejudice, as to defendants DETECTIVE LEERIC HAMPTON, Shield #6684 and DETECTIVE MICHAEL GIGLIO s/h/a DETECTIVE "JOHN or JANE" GRIGLIO, actual first name unknown, Shield Number unknown ONLY, without further costs or disbursements to any of the parties as against any other, and it is also represented that no signing party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action.

      This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      October 20, 2005

ASHER & ASSOCIATES, P.C.
By: Ryan H. Asher, Esq.
Attorneys for Plaintiff
111 John Street, Suite 1200
New York, New York 10038

MICHAEL A. CARDOZO, Esq.
Corporation Counsel
By: Hillary A. Frommer, Esq.
Attorney for Defendants
100 Church Street
New York, New York 10007

So ordered
JRT
10/28/05