UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SHANE HODGES,                                                  :    04 CV 2664 (ARR)
                                                               :
                                Plaintiff,                     :    NOT FOR ELECTRONIC
                                                               :    OR PRINT
           -against-                                           :    PUBLICATION
                                                               :
CITY OF NEW YORK et al.,                                       :    ORDER
                                                               :
                                Defendants.                    :
-------------------------------------------------------------- X

ROSS, United States District Judge:

On March 30, 2006, counsel for defendants filed a letter with the court, requesting a pre-motion conference to discuss defendants' intention to file a motion for summary judgment. On April 7, 2006, counsel for plaintiff filed a pre-motion letter in response. The court orders plaintiff and defendants' counsel to call chambers (718-613-2380) to appear by telephone for a pre-motion conference on May 3, 2006 at 4:00pm.

SO ORDERED.

                                          _____
                                          Allyne R. Ross
                                          United States District Judge

Dated: April 19, 2006
       Brooklyn, New York

1

SERVICE LIST:

Plaintiff's Counsel

David A. Zelman
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225

Defendants' Counsel

Hillary A. Frommer
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007